IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:06-cr-00269 OWW |
| Plaintiff, ) | |
| ) | MOTION TO DISMISS |
| ) | (Fed. R. Crim. P. 48(a)) |
| v. ) | |
| CIRIACO MORA, ) | |
| Defendant. ) | |

O R D E R

IT IS HEREBY ORDERED that the indictment in the above-entitled case be dismissed as to Ciriaco Mora only.

Dated: February 9, 2007        /s/ Oliver W. Wanger
                               Honorable Oliver W. Wanger
                               U.S. District Judge